

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                                      PLAINTIFF<br>v.<br><br>José Hernandez-Velazquez<br><br>                                      DEFENDANT(S). | CASE NUMBER<br><br>11-526 M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __deft__, IT IS ORDERED that a detention hearing is set for __Wed__, __3/16/11__, at __2:30__ ☐ a.m. / ☒ p.m. before the Honorable __Ralph Zarefsky__, in Courtroom __540 - Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
              *(Other custodial officer)*

Dated: __3/10/11__                         _____
                                           U.S. District Judge/Magistrate Judge